

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                     COUNSEL/PARTIES OF RECORD

MAR 2 5 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:14-CR-252-JAD-(VCF) |
| LA'RON DESHAWN DOLLY, | ) ) ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On November 4, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant LA'RON DESHAWN DOLLY to the criminal offense, forfeiting the property set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant LA'RON DESHAWN DOLLY pled guilty. Criminal Indictment, ECF No. 10; Change of Plea, ECF No. 20; Preliminary Order of Forfeiture, ECF No. 24.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 7, 2014, through December 6, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

///

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the

2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time

4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

9   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

10  law:

11      1.  a Hi-Point .45 caliber semi-automatic handgun, model JHP, bearing serial number

12          4114064; and

13      2.  any and all ammunition.

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,

15  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

16  income derived as a result of the United States of America's management of any property forfeited

17  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

18  The Clerk is hereby directed to send copies of this Order to all counsel of record and three

19  certified copies to the United States Attorney's Office.

20  DATED this 25 day of March, 2015.

21

22

23  _____

24  UNITED STATES DISTRICT JUDGE

25

26